NO. 07-10-0185-CR

 IN THE COURT OF APPEALS

 FOR THE SEVENTH DISTRICT OF TEXAS

 AT AMARILLO

 PANEL B

 FEBRUARY 18, 2011
 ______________________________

 OMAR GUERRERO A.K.A. JUAN 
 GUERRERO A.K.A. SALVADOR GUERRERO,

 Appellant

 v.

 THE STATE OF TEXAS, 

 Appellee
 _______________________________
 
 FROM THE 108th DISTRICT COURT OF POTTER COUNTY;

 NO. 59,732-E; HON. DOUGLAS R. WOODBURN, PRESIDING
 _______________________________
 
 On Motion to Dismiss
 _______________________________

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Appellant Omar Guerrero, by and through his attorney, has filed a motion to dismiss his appeal, signed by appellant, because he no longer desires to prosecute it. Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal. Having dismissed the appeal at appellants request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Do not publish. Per Curiam